**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

SONGYANG DAFUDU
E-COMMERCE CO., LTD., et al.,

        Plaintiffs,

v.

FKA DISTRIBUTING CO., LLC,

        Defendant.

_____/

Case No. 25-cv-10887
Hon. Matthew F. Leitman

**ORDER AMENDING CASE MANAGEMENT**
**REQUIREMENTS AND SCHEDULING ORDER (ECF NO. 23)**

The parties having stipulated and agreed to amend the Court's Case Management Requirements and Scheduling Order (ECF No. 23), and the Court being fully advised in the premises and finding good cause to do so,

**IT IS HEREBY ORDERED** that the Court's Case Management Requirements and Scheduling Order (ECF No. 23) is amended as follows:

1. Plaintiffs shall serve their Final Invalidity Contentions on or before March 4, 2026.

2. Defendant shall serve their Final Infringement Contentions on or before March 4, 2026.

3. Plaintiff shall serve their Final Non-Infringement Contentions on or before March 18, 2026.

1

**IT IS FURTHER ORDERED** that all other dates and provisions in the Case

Management Requirements and Scheduling Order (ECF No. 23) remain in full force

and effect.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 12, 2026

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on February 12, 2026, by electronic means and/or ordinary
mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2