**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

SONGYANG DAFUDU
E-COMMERCE CO., LTD.,
SHANXI TINGHAO HEALTH
& TRADE CO., LTD., and
SUZHOU TOOLWORKS
TOOLS CO., LTD.,

Plaintiffs,

Case No. 25-cv-10887
Hon. Matthew F. Leitman

v.

FKA DISTRIBUTING CO., LLC,

Defendant.

---

**ORDER GRANTING REQUEST FOR EXTENSION OF DEADLINES**

**IT IS HEREBY ORDERED** all deadlines in this action are extended for thirty (30) days to allow them to finalize the Settlement Agreement and submit a stipulated dismissal.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 30, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126